UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

JONATHAN E. PERLMAN, Esq., as court appointed Receiver of Creative Capital Consortium, LLC, et al.,

    Plaintiff,

v.

MILLENIUM EXECUTIVE REALTY, INC., and NILDA RIVERA-CRUZ,

    Defendants.
_____/

CASE NO. 09-81221-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN, Esq., as court Appointed Receiver of Creative Capital Consortium, LLC, et al.,

    Plaintiff,

v.

DOLCE REGENCY SUITES, LLC,

    Defendant.
_____/

CASE NO. 09-81224-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN, Esq., as court appointed Receiver of Creative Capital Consortium, LLC, et al.,

    Plaintiff,

v.

FIVE CORNERS INVESTORS I, LLC,
FIVE CORNERS INVESTORS II, LLC,
CFD-REGENCY I, LLC, CFD-REGENCY II, LLC,
and BW ASPIRE, LLC,

    Defendants.
_____/

CASE NO. 09-81225-CIV-HURLEY/HOPKINS

## ORDER APPROVING SETTLEMENT AGREEMENT

This cause came before the Court on the Motion for Approval of Settlement Agreement (the "Motion") [DE # 42] filed by Jonathan E. Perlman, Esq., as court-appointed Receiver (the

"Receiver") of Creative Capital Consortium, LLC and related receivership entities, for the approval of a certain Settlement Agreement reached between the Receiver and above referenced Defendants Millenium Executive Realty, Inc., Nilda Rivera-Cruz, Dolce Regency Suites, LLC, Five Corners Investors I, LLC, Five Corners Investors II, LLC, CFD-Regency I, LLC, CFD-Regency II, LLC, and BW Aspire, LLC (collectively the "Defendants").

The Settling Parties seek an Order from this Court approving the Settlement Agreement entered into between the Settling Parties. The Court having reviewed the Motion, the Settlement Agreement between the Settling Parties, the record in this action, and being otherwise duly advised in the premises, and finding it appropriate to approve the Motion, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion [DE #42] is hereby **GRANTED**. The Settlement Agreement is approved.
2. The Settling Parties are authorized and directed to comply with the terms of the Settlement Agreement.
3. The Court shall retain jurisdiction to enforce the terms of said Settlement Agreement and this Order.
4. The Clerk of the Court shall enter the case as **CLOSED** and **DENY** any pending motions as **MOOT**.

**DONE** and **ORDERED** in Chambers at West Palm Beach, Florida this 15th day of October, 2010 in the Southern District of Florida.

*/s/ Daniel T.K. Hurley*
DANIEL T.K. HURLEY
UNITED STATES DISTRICT COURT JUDGE